UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                  :
                                          :
                                          :   **SCHEDULING ORDER**
         -against-                        :
                                          :   08 Cr. 1133 (AKH)
                                          :
                                          :
TYRONE SIMMONS,                           :
                                          :
                       Defendant.         :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The re-sentencing scheduled for June 6, 2023, is adjourned to July 6, 2023, at 11:30 am.

       SO ORDERED.

Dated:    June 5, 2023                        __/s/_ Alvin K. Hellerstein___
            New York, New York          ALVIN K. HELLERSTEIN
                                                   United States District Judge