
**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN,
ATTORNEY AT LAW

TELEPHONE: 917-549-0873
FAX: 212-608-9499
E-MAIL: CARVLIN@HOTMAIL.COM

June 29, 2023

The sentencing is adjourned to July 21, 2023 at 2:30 pm and will proceed remotely as previously ordered.

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
June 30, 2023

Re:   *United States v. Tyrone Simmons,*
       08-cr-1133 (AKH))

Dear Judge Hellerstein:

I write to ask that the Court adjourn Mr. Simmons's resentence hearing, now set for July 6, 2023, at 11:30 a.m., for approximately two weeks. Today, I had a scheduled attorney-client call with Mr. Simmons. When I made the call, I was informed that Mr. Simmons was out of the facility in the hospital. The officer declined to provide any additional information. However, Mr. Simmons told me a few weeks ago that he expected to have surgery on his arm imminently. I believe that is the most likely explanation for why he has been hospitalized. I am unable to complete my sentencing memorandum, which I had anticipated filing today, without speaking with Mr. Simmons and verifying the information I intend to present to the Court. I therefore ask for a delay of approximately two weeks so that I can consult with Mr. Simmons when he returns from the hospital, submit my sentencing memorandum and prepare Mr. Simmons for sentence. I anticipate that two weeks would provide enough time to accomplish these tasks and to ensure that Mr. Simmons is not taking any prescription pain medication at the time of his sentencing.

I have spoken with the government, and the government has no objection to this request. I am available any date in July other than July 13.

Respectfully submitted,

_____/s/_____
Stephanie M. Carvlin

cc: AUSA Robert Sobelman (via ECF)